1036

No. 864, Misc. LARSON *v.* BENNETT, WARDEN. Sup. Ct. Iowa. Certiorari denied.

No. 868, Misc. NEW ENGLAND ENTERPRISES, INC., ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Stanley M. Brown* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 870, Misc. CLARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 872, Misc. McCARTHY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 873, Misc. WATKINS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 874, Misc. LENT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 876, Misc. JOHNSON *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 878, Misc. BOYDEN *v.* CURTIS, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for respondent.

No. 882, Misc. BRACAMONTE *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.